**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 17-201** |
| **v.** | * | **SECTION: "I" (3)** |
| **LILBEAR GEORGE, et al** | * | |

\* \* \*

**GOVERNMENT'S REPLY TO GEORGE AND OFOMATA'S**
**MOTION TO RECORD ALL PROCEEDINGS (DOC. 329)**

**NOW INTO COURT**, comes the United States of America, through the undersigned Assistant United States Attorney for the Eastern District of Louisiana. In response to defendants George and Ofomata's Joint Motion to Record All Proceedings, the Government generally does not object to the recordation of the proceedings outlined in the joint filing given that many of the court proceedings outlined by the defendants are recorded.

As it relates to items such as the recordation of the race, gender, or any other function of the jury, such as voir dire responses; much of the information the defendants seek to be recorded, is again, either already recorded as a matter of course during trial, or is information maintained by the jury commission.

As it relates to the specific requests to have status conferences and in-chamber conferences recorded, defendants have failed to provide support that any Court has been *required* to record status conferences and in chamber conferences. The Government submits that the decision to record these meetings is within the discretion of the Court.

The Government submits that this Court has the discretion to determine what is appropriate and efficient for an accurate recordation of the proceedings that will take place during the course of this litigation.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

*s/ Brittany L. Reed*
BRITTANY L. REED
Assistant United States Attorney
Louisiana Bar Roll Number 31299
Email: Brittany.Reed2@usdoj.gov
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3031


*s/ Michael E. McMahon*
MICHAEL E. MCMAHON
Assistant United States Attorney
Louisiana Bar Roll Number 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3027
Email: Michael.McMahon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for defendant.

*s/ Brittany L. Reed*
BRITTANY L. REED
Assistant United States Attorney