UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

versus                                                                  DOCKET No. 17-201

LILBEAR GEORGE                                          SECTION "I"

******************************************************************

## RESPONSE TO COURT'S ORDER OF JUNE 5, 2019 REGARDING MOTION TO RECORD ALL PROCEEDINGS

Defendants Lilbear George and Chukwudi Ofomata advise the Court, pursuant to the Court's Order of June 5, 2019, Rec. Doc. 379, that they maintain and reaffirm their position as stated in the Joint Motion to Record All Proceedings, Rec. Doc. 329.

Respectfully submitted:

/s/ Bruce G. Whittaker                                /s/ Jerrod E. Thompson-Hicks
Bruce G. Whittaker, No. 08339              Jerrod E. Thompson-Hicks, No. 32729
1215 Prytania Street, Suite 332              Federal Public Defender (New Orleans)
New Orleans, LA 70130                          500 Poydras Street, Room 318
(504) 554-8674                                           New Orleans, LA 70130
bruce@whittakerlaw.com                       (504)-589-7931
                                                                    jerrod_thompson-hicks@fd.org

Attorneys for Lilbear George

1

| | |
|---|---|
| /s/ Frank G. Desalvo <br> Frank G. Desalvo, No. 04898 <br> 739 Baronne Street <br> New Orleans, LA 70113 <br> (504) 524-4191 <br> frankd@fdesalvo.com | /s/ Michael P. Ciaccio <br> Michael P. Ciaccio, No. 21428 <br> 320 Huey P. Long Avenue <br> Gretna, LA 70053 <br> (504) 612-770 <br> mpc@ciaccio-law.com |

/s/ Sarah L. Ottinger
Sarah L. Ottinger, No. 24589
2563 Bayou Road, Second Floor
New Orleans, LA 70119
(504) 258-6537
sottinger1010@gmail.com

                      Attorneys for Chukwudi Ofomata

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2019 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                        /s/ Bruce G. Whittaker
                                           Bruce G. Whittaker