MINUTE ENTRY
AFRICK, J.
April 1, 2020
JS-10 00:20

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 17-201 |
| LILBEAR GEORGE<br>CHUKWUDI OFOMATA,<br>& CURTIS JOHNSON, JR. | SECTION I |

## ORDER

The Court held a telephone conference on this date with the government and counsel for defendant Chukwudi Ofomata ("Ofomata") to discuss the issuance of subpoenas pursuant to Federal Rule of Criminal Procedure 17(c).

Ofomata's counsel informed the Court that he has disclosed to the government all documents and materials he has received from prior Rule 17(c) subpoenas, and that he intends to continue such disclosure, absent an order from the Court.

**IT IS ORDERED** that if any other defendant in the above-captioned matter has not disclosed to the government and/or his co-defendants the documents and materials he has received from prior Rule 17(c) subpoenas, that defendant shall do so immediately, or notify the Court in writing why such disclosure should not be made.

**IT IS FURTHER ORDERED** that, in the future, any party seeking a Rule 17(c) subpoena shall provide a copy of the subpoena and the documents or materials received to all other parties, unless the party seeks the subpoena *ex parte*.

**IT IS FURTHER ORDERED** that a party who seeks a Rule 17(c) subpoena *ex parte* shall file under seal an *ex parte* motion for approval by the Court for the issuance of the subpoena, attaching the subpoena and a supporting memorandum explaining the very limited circumstances which would justify nondisclosure of the subpoena and documents requested.[1]

**IT IS FURTHER ORDERED** that a conference call will be held with all parties on **APRIL 7, 2020 at 10:30 A.M.** The Court will provide the parties with the call-in information.

New Orleans, Louisiana, April 1, 2020.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[1] *See United States v. Poimboeuf*, 331 F.R.D. 478, 480 (W.D. La. 2019); *United States v. Sellers*, 275 F.R.D. 620, 624–25 (D. Nev. 2011).