UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 17-201** |
| **LILBEAR GEORGE,**<br>**CURTIS JOHNSON, JR.,**<br>**& CHUKWUDI OFOMATA** | **SECTION I** |

# ORDER

Considering defendants Lilbear George ("George"), Curtis Johnson, Jr. ("Johnson"), and Chukudi Ofomata's ("Ofomata") (collectively, "defendants") joint, unopposed motion[1] for an extension of time to file motions for severance,

**IT IS ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART.** The Court resolved the issue of guilt phase severance nearly a year ago.[2] After considering each defendant's individual motion to sever his guilt phase from that of his co-defendants,[3] government responses in opposition,[4] and defendants' individual replies to those oppositions,[5] the Court issued an order and reasons[6] denying defendants' motions to sever while preserving defendants the right to re-urge their motions at trial. Defendants' instant request to relitigate issues that have been

---

[1] R. Doc. No. 1067.
[2] *See* R. Doc. No. 537.
[3] R. Doc. Nos. 406 (Ofomata's motion for severance), 417 (Johnson's motion for severance), & 425 (George's motion for severance).
[4] R. Doc. Nos. 424 (government opposition to Johnson's and Ofomata's motions) & 444 (government opposition to George's motion).
[5] R. Doc. Nos. 489 (Ofomata's reply), 501 (George's reply), & 503 (Johnson's reply).
[6] R. Doc. No. 537.

argued before and ruled on by the Court is unduly burdensome and wasteful of judicial resources. Defendants' request to set August 28, 2020 as a deadline by which they may move for guilt phase severance is, therefore, **DENIED**.

As to penalty phase severance, defendants have made arguments related to the same for months.[7] The deadline is currently August 7, 2020.[8] Defendants' request for an extension of time to submit motions for penalty phase severance is **GRANTED**. Defendants may file motions to sever the penalty-phase no later than **AUGUST 21, 2020**. This deadline will not be extended.

New Orleans, Louisiana, August 7, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[7] *See* R. Doc. Nos. 406, at 2 & 406-1, at 1, 3, & 26–29 (argument by Ofomata for penalty phase severance); R. Doc. Nos. 417, at 1–2, 417-1, at 1, 6, 8–9, 19–23, & 497-2, at 2 (argument by Johnson for penalty phase severance); R. Doc. Nos. 425, at 1, 425-1, at 2–5, 10–17, 19, & 501, at 1–2 & 4 (argument by George for penalty phase severance).
[8] R. Doc. No. 1065.