UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 17-201 |
| v. | * | SECTION: "I" (3) |
| LILBEAR GEORGE, ET AL. | * | |

\* \* \*

**GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

**NOW INTO COURT**, comes the United States of America, appearing through the undersigned counsel, and, pursuant to Fed.R.Crim.P. 30, respectfully requests that the Court include the following instructions in its charge to the jury. Leave is requested to submit additional proposed instructions as they become necessary during the course of trial.

In addition to the jury instructions typically provided by the Court, the government requests the following Pattern and Substantive Instructions from Fifth Circuit Criminal Instructions (2019).

**GENERAL AND PRELIMINARY INSTRUCTIONS**

§ 1.01     Preliminary Instructions

§ 1.02     Note-Taking by Jurors

§ 1.03     Introduction to Final Instructions

§ 1.04     Duty to Follow Instructions

§ 1.05     Presumption of Innocence, Burden of Proof, Reasonable Doubt

§ 1.06     Evidence - Excluding What is Not Evidence

§ 1.08     Evidence - Inferences - Direct and Circumstantial (Alternative A)

§ 1.09     Credibility of Witnesses

§ 1.11       Impeachment by Prior Inconsistencies

§ 1.12       Impeachment by Prior Conviction (Defendant's Testimony)

§ 1.13       Impeachment by Prior Conviction – Witness Other Than Defendant

§ 1.15       Accomplice-Informer-Immunity

§ 1.16       Accomplice-Co-Defendant-Plea Agreement

§ 1.18       Expert Opinion Testimony

§ 1.19       On or About

§ 1.20       Venue - Conspiracy

§ 1.21       Caution - Consider Only Crime Charged

§ 1.22       Caution - Punishment

§ 1.25       The Indictment, Multiple Defendants, Multiple Counts

§ 1.26       Duty to Deliberate

§ 1.28       Confession-Statement-Voluntariness

§ 1.31       Identification Testimony

§ 1.33       Possession

§ 1.41       "Knowingly" - To Act

§ 1.44       Interstate Commerce   - Defined

§ 1.45       Summaries and Charts Received in Evidence

§ 1.48       Cautionary Instruction During Trial – Transcript of Tape-Recorded Conversation

§ 1.50       Summaries and Charts Not Received in Evidence

§ 1.51       Summaries and Charts Received in Evidence Pursuant to Federal Rule of Evidence 1006

**SUBSTANTIVE OFFENSE INSTRUCTIONS**

§ 2.04          18 U.S.C. § 2, Aiding and Abetting (Counts 2 and 3)

§ 2.44A        18 U.S.C. § 924(c), Brandishing of a Firearm During and In Relation to a Crime of Violence (Count 3)

§ 2.73B        18 U.S.C. § 1951(a), Affecting Commerce by Robbery (Counts 1 and 2)

In addition to the aforementioned Fifth Circuit Criminal Instructions (2019), the government requests the following substantive offense instruction from the Seventh Circuit Criminal Instructions (2020) be used for Count 4 of the Second Superseding Indictment, 18 U.S.C. § 1512 (c)(1).

**PROPOSED INSTRUCTION**

Count 4 of the Second Superseding Indictment charges that between December 18, 2013, and April 17, 2014, said dates being approximate, in the Eastern District of Louisiana, Lilbear George, aka "Bear," aka "Allen Santee," did attempt to and corruptly alter, destroy, mutilate, and conceal an object, that is, a cellular telephone and the information contained thereon, with the intent to impair the object's integrity or availability for use in an official proceeding, that is, a federal grand jury.  For purposes of these instructions, an official proceeding need not be pending or about to be instituted at the same time of the offense.  The term "official proceeding" as used in these instructions means the federal grand jury for the Eastern District of Louisiana.  The term "corruptly" as used in these instructions, means that the defendant acted with the purpose of wrongfully impeding the due administration of justice.

Title 18, United States Code, Section 1512(c)(1) makes it a crime for anyone to obstruct justice.  For you to find Lilbear George, aka "Bear," aka "Allen Santee," guilty of Count 4, you must be convinced that that government has proved each of the following beyond a reasonable doubt.

3

First, that Lilbear George, aka "Bear," aka "Allen Santee," attempted to, alter, destroy, mutilate, and conceal an object, that is, a cellular telephone and the information contained thereon;

Second, that Lilbear George, aka "Bear," aka "Allen Santee," acted corruptly; and

Third, that Lilbear George, aka "Bear," aka "Allen Santee," acted with the intent to impair the objects integrity or availability for use in an official proceeding, that is, a federal grand jury.

Fed. Crim. Jury Instr. 7th Cir. 1512(c)(1) (2020 Ed.)

*United States v. Matthews*, 505 F.3d. 698, 704-09 (7th Cir. 2007).

    Respectfully submitted,

    PETER G. STRASSER
    UNITED STATES ATTORNEY


    *s/ Brittany L. Reed*
    BRITTANY L. REED
    Assistant United States Attorney
    Louisiana Bar Roll Number 31299
    Email:  Brittany.Reed2@usdoj.gov
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana  70130
    Telephone: (504) 680-3031
    Email:  Brittany.Reed2@usdoj.gov


    *s/ Gregory M.  Kennedy*
    GREGORY M. KENNEDY
    Assistant United States Attorney
    Louisiana Bar Roll Number 20896
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana  70130
    Telephone: (504) 680-3102
    Email:  Greg.Kennedy@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for defendant.

      *s/ Brittany L. Reed*
      BRITTANY L. REED
      Assistant United States Attorney