## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO: 17-201** |
| | * | |
| **VERSUS** | * | **SECTION I** |
| | * | |
| **LILBEAR GEORGE ET AL.** | * | |
| | * | |

### REQUEST FOR ORAL ARGUMENT

    **CHUKWUDI OFOMATA** respectfully requests oral argument on his *Motion and Incorporated Memorandum to Compel Discovery,* R. Doc. 1359, noticed for hearing on April 28, 2021 at 11:00 a.m. The government has not furnished many materials required under Federal Rule of Criminal Procedure 16(a)(1)(A)-(F). Oral argument will assist Mr. Ofomata in making a record on the issue. It will likely assist the Court as well in determining whether the motion should be granted.

Respectfully submitted,

| | |
|---|---|
| */s/ Frank G. Desalvo* | */s/ Michael P. Ciaccio* |
| Frank G. Desalvo, La. Bar No. 4898 | Michael P. Ciaccio, La. Bar. No. 21428 |
| FRANK G. DESALVO, APLC | 320 Huey P. Long Avenue |
| 739 Baronne Street | Gretna, Louisiana 70053 |
| New Orleans, LA 70113 | mpc@ciaccio-law.com |
| (504) 524-4191 | |
| frankd@fdesalvo.com | |

*/s/ Sarah L. Ottinger*
Sarah L. Ottinger, La. Bar No. 24589
Attorney at Law
2563 Bayou Road, Second Floor
New Orleans, Louisiana 70119
(504) 258-6537
sottinger1010@gmail.com

Counsel for Chukwudi Ofomata

**CERTIFICATE OF SERVICE**

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 12th day of April, 2021.

s/ Sarah L. Ottinger
Sarah L. Ottinger